No. 313 May 8, 2024 563

*This is a nonprecedential memorandum opinion pursuant to ORAP 10.30 and may not be cited except as provided in ORAP 10.30(1).*

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of N. H.,
a Person Alleged to Have Intellectual Disabilities.

STATE OF OREGON,
*Respondent,*

*v.*

N. H.,
*Appellant.*

Marion County Circuit Court
22CC07263; A180662

Matthew L. Tracey, Judge pro tempore.

Submitted March 20, 2024.

Joseph DeBin and Multnomah Defenders, Inc., filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Jordan R. Silk, Assistant Attorney General, filed the brief for respondent.

Before Aoyagi, Presiding Judge, Joyce, Judge, and Jacquot, Judge.

PER CURIAM

Affirmed. *State v. M. M.-B.*, 332 Or App 500, ___ P3d ___ (May 8, 2024).